HARRY BALTERMAN, Appellant, *v.* GULLIERMINA FLORES et al., Respondents.

Supreme Court, Appellate Term, First Department, March 30, 1951.

*Harry Balterman,* appellant in person.

No appearance for respondents.

*Per Curiam.* The failure to carry a driver's license by a licensed driver at the time of the happening of an accident does not constitute contributory negligence as a matter of law.

The judgment should be reversed and new trial ordered, with $10 costs to appellant to abide the event.

HOFSTADTER, SCHREIBER and HECHT, JJ., concur.

Judgment reversed, etc.